**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **DANIERAY JOHNSEN** | § | |
| | § | |
| **V.** | § | **NO. 1:06-CV-770** |
| | § | |
| **MICHAEL B. MUKASEY** | § | |
| **Attorney General of the** | § | |
| **United States of America** | § | |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on November 30, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant defendant's motion for summary judgment.

The magistrate judge's report is hereby **ADOPTED**. Final Judgment will be entered separately. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **23** day of **July, 2008.**

_____
Ron Clark, United States District Judge